ALFRED PAGLIA, Appellant, *v.* STATE OF NEW YORK, Respondent.
(Claim No. 29407.)

Argued January 7, 1952; decided January 24, 1952.

*James R. Skahen* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Henry S. Manley* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, FULD and FROESSEL, JJ. Dissenting: LEWIS, CONWAY and DYE, JJ.